BRIDGET LARKIN, Respondent, *v.* THE NEW YORK AND NORTH-
ERN RAILWAY COMPANY, Appellant.

(Argued April 18, 1893; decided May 5, 1893.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,
entered upon an order made June 6, 1892, which affirmed a
judgment in favor of plaintiff, entered upon a verdict, and
affirmed an order denying a motion for a new trial.

*Sherman Evarts* for appellant.

*Anson B. Stewart* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

FRANCIS M. JENCKS, Appellant, *v.* EDWARD KEARNEY et al.,
Respondents.

(Argued April 20, 1893; decided May 5, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made November 12, 1891, which affirmed a judgment in favor
of defendants, entered upon a decision of the court on trial at
Special Term.

*John H. V. Arnold* for appellant.

*Charles F. MacLean* and *Charles H. Bailey* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.